The Honorable Kymberly K. Evanson
United State District Court Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHELLE SCHANHALS and DAVID SCHANHALS, wife and husband,<br><br>Plaintiffs,<br><br>v.<br><br>GURJAIVEER DHILLON,<br><br>Defendant. | NO. 2:26-cv-00839 KKE<br><br>**STIPULATION AND ORDER REGARDING SERVICE OF PROCESS** |

## STIPULATION

Defendant hereby stipulates and agrees that Plaintiffs have perfected service of process of the Summons and Amended Complaint on Defendant Gurjaiveer Dhillon. Defendant hereby waives Affirmative Defense No. 5 for insufficient process or insufficient service of process.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

//

//

//

//

//

DATED this 10th day of August, 2026.

STRITMATTER LAW

s/ Brad J. Moore
BRAD J. MOORE, WSBA #21802
Email: Brad@stritmatter.com
s/ Andrew Ackley
ANDREW ACKLEY, WSBA #41752
Email: Andrew@stritmatter.com
s/ Gemma Zanowski
GEMMA ZANOWSKI, WSBA #43259
Email: Gemma@stritmatter.com
3600 15th Ave West, Suite 300
Seattle, WA 98119
Phone: 206.448.1777
Fax: 206.728.2131
Counsel for Plaintiffs

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

s/ Dirk J. Muse
DIRK J. MUSE, WSBA #28911
Email: Dirk.Muse@wilsonelser.com

s/ Aaron P. Gilligan
AARON P. GILLIGAN, WSBA #29614
Email: Aaron.Gilligan@wilsonelser.com

s/ Maxwell A. Wesemann
MAXWELL A. WESEMANN, WSBA #59080
Email: Maxwell.Wesemann@wilsonelser.com

s/ Natasha A. Fingar
NATASHA A. FINGAR, WSBA #62842
Email: Natasha.Fingar@wilsonelser.com
520 Pike Street, Suite 2350
Seattle, WA 98101
Phone: 206.709.5900
Counsel for Defendant Gurjaiveer Dhillon

**ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED. Plaintiffs have perfected service of process of the Summons and Amended Complaint on Defendant Gurjaiveer Dhillon. Defendant's Affirmative Defense No. 5 for insufficient process or insufficient service of process is dismissed.

DATED: August 12, 2026

Kymberly K. Evanson
United States District Judge



STRITMATTER LAW
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777